BERSCHLER ASSOCIATES, PC
ARNOLD I. BERSCHLER, SBN# 56557
22 BATTERY STREET, SUITE 810
SAN FRANCISCO, CA 94111
TELEPHONE 415 398 1414
ATTORNEYS FOR PLAINTIFF
ABDULRAHMAN ABOOBAKER MUNASSAR

HARVEY I. WITTENBERG, STATE BAR NO. 37760
THE LAW OFFICES OF HARVEY I. WITTENBERG
1807 ARLINGTON BLVD. EL CERRITO, CA 94530
TELEPHONE:   510-235-0707
FACSIMILE    510-235-0606
ATTORNEYS FOR DEFENDANT,
HORIZON LINES, LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABDUL RAHMAN ABOOBAKER MUNASSAR )   Case No. C 05-4350 JL
   Plaintiff, )
vs. )   STIPULATION AND [proposed] ORDER TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION.
HORIZON LINES, Inc. )
   Defendants. )

   WHEREAS this subject action involves a merchant mariner's claims for personal injury related damages and is set for trial to commence on November 13, 2006, and

   WHEREAS, the plaintiff has and continues to reside in Yemen and has neither been deposed by the defendant nor examined by a medical expert designated by the defendant; further, other witnesses are seafarers and need to be deposed when such are available to do so, and

   WHEREAS, plaintiff has served records of his medical treatment in California and in Yemen, and

   WHEREAS, the parties respectfully contend that there exists Good Cause to continue the deadline for conducting an ENE from May 23, 2006 and that it would be in the interests of justice and judicial economy to do so (F.R.Civ.P. 1); and

Stipulation and Order to continue ENE     1

WHEREAS, the Early Neutral Evaluator assigned to this action concurs in the efficiency to be gained by continuing the deadline to complete ENE,

NOW, THEREFORE, the parties stipulate, by and through their respective attorneys of record authorized to do so, that the Honorable Court may enter its Order Extending the date to Complete ENE as appears below, and the parties respectfully request that this Honorable Court issue such an order.

DATED: <u>May 18, 2006</u>          SO STIPULATED,

                                  s/ Arnold Berschler
                                  Arnold I. Berschler, attorney for
                                  ABDULRAHMAN ABOOBAKER MUNASSAR

DATED: <u>May 18, 2006</u>          SO STIPULATED,

                                  s/ Harvey I. Wittenberg
                                  Harvey I. Wittenberg attorney for
                                  HORIZON LINES, INC.

### ORDER EXTENDING THE DATE TO COMPLETE ENE

Upon review of the foregoing Stipulation and Good Cause and the interests of justice otherwise appearing,

IT IS ORDERED THAT the deadline to compete the Early Neutral Evaluation in the action is extended to August 11, 2006.

DATED: 5/22/06                    SO ORDERED,

                                  IT IS SO ORDERED
                                  Judge James Larson

Stipulation and Order to continue ENE          2