```
 1  BERSCHLER ASSOCIATES, PC
    ARNOLD I. BERSCHLER, SBN# 56557
 2  22 BATTERY STREET, SUITE 810
    SAN FRANCISCO, CA 94111
 3  TELEPHONE 415 398 1414
    ATTORNEYS FOR PLAINTIFF
 4  ABDULRAHMAN ABOOBAKER MUNASSAR

 5
    HARVEY I. WITTENBERG, STATE BAR NO. 37760
 6  THE LAW OFFICES OF HARVEY I. WITTENBERG
    1807 ARLINGTON BLVD. EL CERRITO, CA 94530
 7  TELEPHONE:   510-235-0707
    FACSIMILE    510-235-0606
 8  ATTORNEYS FOR DEFENDANT,
    HORIZON LINES, LLC.
 9
                 UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA

11  ABDUL RAHMAN ABOOBAKER       )       Case No.
    MUNASSAR                     )       C 05-4350 JL
12        Plaintiff,             )
                                 )   STIPULATION AND [proposed] ORDER TO
13        vs.                    )   EXTEND TIME TO COMPLETE EARLY
                                 )   NEUTRAL EVALUATION AND TO
14  HORIZON LINES, Inc.          )   CONTINUE CASE MANAGEMENT
          Defendants.            )         CONFERENCE.
15  _____
```

16    This matter involves a merchant seaman's claims for personal injury related

17 damages.

18    This case is set for trial to commence on November 13, 2006.

19    The next case management conference is set for August 30, 2006.

20    The last day to complete ENE was August 11, 2006.

21    Plaintiff has just returned to California from his residence in Yemen.

22    Plaintiff's deposition is scheduled for August 29, 2006.

23    Plaintiff's present medical condition is precisely known to counsel for either

24 party. An IME is scheduled for September 14, 2006.

25

Stip. & Order to continue CMC & ENE.        1

1     Plaintiff has scheduled the depositions of the ship's Chief Mate and Chief
2 Engineer for September 5 and September 6, respectively. Plaintiff's expert has viewed
3 the scene of the alleged incident.
4     Counsel for both parties are cooperating in completing all of the above.
5     The Early Neutral Evaluator assigned to this action, John Hillsman, concurs in the
6 parties' request to continue the deadline to complete ENE,
7     Based on the above, the parties respectfully contend that there exists Good Cause
8 to continue the deadline for conducting an ENE from August 11, 2006 to September 29,
9 2006 and to continue the case management conference presently set for August 30, 2006
10 to October 11, 2006 that it would be in the interests of justice and judicial economy to do
11 so (F.R.Civ.P. 1).
12     The parties, by and through their respective attorneys of record authorized to do
13 so, hereby stipulate that this Honorable Court may enter its Order Extending the date to
14 complete ENE, and to continue the case management conference and the parties
15 respectfully request that this Honorable Court issue such an order.

16 DATED: August 25, 2006      SO STIPULATED,

17      s/ Arnold Berschler
18      Arnold I. Berschler, attorney for
     ABDULRAHMAN ABOOBAKER MUNASSAR

19

20 DATED: August 25, 2006      SO STIPULATED,

21      s/ Harvey I. Wittenberg
22      Harvey I. Wittenberg attorney for
     HORIZON LINES, INC.

23

24 <u>ORDER EXTENDING THE DATE TO COMPLETE ENE</u>

25

Stip. & Order to continue CMC & ENE.      2

1     Upon review of the foregoing Stipulation and Good Cause and the interests of
2 justice otherwise appearing,
3     IT IS ORDERED THAT the deadline to compete the Early Neutral Evaluation in
4 the action is extended to September 29, 2006 and the case management conference is
5 rescheduled to October ~~11~~ 18, 2006.

7 DATED: ___8-28-06_____



IT IS SO ORDERED
Judge James Larson

Stip. & Order to continue CMC & ENE.    3