| | |
|---|---|
| 1 | BERSCHLER ASSOCIATES, PC |
| | ARNOLD I. BERSCHLER, SBN# 56557 |
| 2 | 22 BATTERY STREET, SUITE 810 |
| | SAN FRANCISCO, CA 94111 |
| 3 | TELEPHONE 415 398 1414 |
| | ATTORNEYS FOR PLAINTIFF |
| 4 | ABDULRAHMAN ABOOBAKER MUNASSAR |
| 5 | |
| | HARVEY I. WITTENBERG, STATE BAR NO. 37760 |
| 6 | THE LAW OFFICES OF HARVEY I. WITTENBERG |
| | 1807 ARLINGTON BLVD. EL CERRITO, CA 94530 |
| 7 | TELEPHONE: 510-235-0707 |
| | FACSIMILE 510-235-0606 |
| 8 | ATTORNEYS FOR DEFENDANT, |
| | HORIZON LINES, LLC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABDUL RAHMAN ABOOBAKER MUNASSAR | ) ) | Case No. C 05-4350 JL |
| Plaintiff, | ) ) | STIPULATION AND [xxxxxx] ORDER TO |
| vs. | ) ) | CONTINUE CASE MANAGEMENT CONFERENCE. |
| HORIZON LINES, Inc. | ) | |
| Defendants. | ) | |

This matter involves a merchant seaman's claims for personal injury related damages.

On August 25, 2006, the parties submitted a stipulation and proposed order to extend the time to complete the Early Neutral Evaluation and to continue the case management conference to October 11, 2006.

On August 28, the court granted the proposed order but continued the case management conference to October 18, 2006.

Because the attorney for Horizon Lines will be leaving for a pre arranged trip to Florida on October 18, 2006, the parties are willing to and do hereby stipulate to continue the case management conference to October 25, 2006, presumably at 10:30 a.m.

Stip. & Order to continue CMC & ENE.        1

1  Prior to submitting this stipulation and proposed order, the attorney for Horizon
2  Lines left a telephone message for Mr. Hom about this continuation and on September 5,
3  2006, the attorney for Horizon Lines received a voice telephone message from Mr. Hom
4  advising to file a stipulation to reschedule the case management conference.
5  Accordingly the parties through their respective counsel do hereby stipulate to
6  continue the case management conference to October 25, 2006 at 10:30 a.m. or at such
7  time as the court so orders.

8  DATED: September 6, 2006                SO STIPULATED,

9                                          s/ Arnold Berschler
                                           Arnold I. Berschler, attorney for
10                                         ABDULRAHMAN ABOOBAKER MUNASSAR

11

12  DATED: September 5, 2006                SO STIPULATED,

13                                          s/ Harvey I. Wittenberg
                                           Harvey I. Wittenberg attorney for
14                                         HORIZON LINES, INC.

15

16  ORDER EXTENDING THE DATE OF THE CASE MANAGEMENT CONFERENCE

17  Upon review of the foregoing Stipulation and Good Cause and the interests of
18  justice otherwise appearing,
19  IT IS ORDERED THAT the case management conference is rescheduled to
20  October 25, 2006 at 10:30 a.m. or at such other time as the Court so orders.

21
22  DATED: 9/18/06                          SO ORDERED,

            *IT IS SO ORDERED*
            *Judge James Larson*

25

Stip. & Order to continue CMC & ENE.      2