```
1  ARNOLD I. BERSCHLER, SBN 56557
   BERSHLER ASSOCIATES, PC
   22 BATTERY STREET SUITE 810
2  SAN FRANCISCO, CA 94111
   ATTORNEYS FOR PLAINTIFF
3  ABDUL RAHMAN ABOOBAKER MUNASSAR

4  HARVEY I. WITTENBERG, STATE BAR NO. 37760
   THE LAW OFFICES OF HARVEY I. WITTENBERG
5  1807 ARLINGTON BLVD. EL CERRITO, CA 94530
   TELEPHONE: 510-235-0707
6  FACSIMILE: 510-235-0606
   ATTORNEY FOR DEFENDANT
7  HORIZON LINES, LLC.

8

9          UNITIED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

10
```

| | | |
|---|---|---|
| 11 | ABDUL RAHMAN ABOOBAKER | ) Case No.: C-05-4350 JL |
| 12 | MUNASSAR, | ) STIPULATION TO RESETTING OF TRIAL<br>) AND PRETRIAL DATES AND ORDER<br>) THEREFOR |
| 13 | Plaintiff, | ) |
| 14 | vs. | ) |
| 15 | HORIZON LINES, Inc., | ) |
| 16 | Defendant | |

17

18    The parties hereby stipulate and respectfully request this Honorable Court issue its pre-

19  trial order setting forth the following dates:

20        1. Trial date: April 2, 2007.

21        2. Pre-trial conference March 21, 2007 or as the Court may otherwise order.

22        3. Parties to submit joint case management conference statement and other

23           documents order by the Court, March 1, 2007, or as the Court may otherwise

24           order.

25        4. Expert discovery cut-off, February 17, 2007.

STIPULATION AND ORDER - 1

1.     5. Parties to complete Alternative Dispute Resolution by January 31, 2007.
2.     6. Expert discovery pursuant to Federal Rules of Civil Procedure, Rule 26, to be
3.         completed January 20, 2007.
4.     7. Lay discovery cut-off, January 9, 2007.
5.     8. Parties objections to exhibits and submission of all proposed jury instructions and
6.         voir dire, March 13, 2007.

Dated: October 24, 2006    SO STIPULATED

                                 /s/ Alexis D. Malone
                              Alexis D. Malone for Arnold I. Berschler, attorney for
                              ABDULRAHMAN ABOOBAKER MUNASSER

Dated: October 24, 2006    SO STIPULATED

                                 /s/ Harvey I. Wittenberg
                              Harvey I. Wittenberg
                              Harvey I. Wittenberg attorney for
                              HORIZON LINES, LLC

### ORDER RESETTING TRIAL DATES AND PRETRIAL DATES

Upon review of foregoing stipulation and good cause otherwise appearing the above dates are so ordered.

Dated: October 24, 2006

SO ORDERED,



_____
JUDGE
U.S. DISTRICT

STIPULATION AND ORDER - 2