BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for ABDULRAHMAN
ABOOBAKER MUNASSAR

**FILED**

FEB 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULRAHMAN ABOOBAKER MUNASSAR, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON LINES, INC. <br><br> Defendant. | Civil No. C-05-4350-JL <br><br> STIPULATION FOR ORDER OF DISMISSAL and [proposed] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

INTRODUCTION

Now come the parties, plaintiff, Abdulrahman Aboobaker Munassar, and defendant Horizon Lines, LLC (named as Horizon Lines, Inc.), by and through their respective, authorized attorneys of record, below named, who stipulate as follows and respectfully request that this Honorable Court issue the below appearing, proposed Order of Dismissal of Entire Action with Prejudice.

STIPULATION FOR ORDER and proposed ORDER
[\munassar (aa) v horizon-2\trialarb\stip order dismissal]     1

STIPULATION

1. WHEREAS at the conclusion of private mediation on January 31, 2007, the above said plaintiff and defendant executed a one-page agreement ("mediation agreement") to settle all the actual and potential claims by the plaintiff against the defendant and to dismiss the above-captioned action, in its entirety with prejudice, upon terms set forth in the mediation agreement, and

2. WHEREAS, the plaintiff subsequently agreed to the terms of a SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS in the captioned action, and

3. WHEREAS, the plaintiff and defendant now desire to effect the mediation agreement, and the SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS, and

4. WHEREAS, the parties agree and consent to the authority of the Honorable John Larson, United States District Court Judge-Magistrate, to enter the below-proposed order and that such entry shall create an enforceable order of the Court.

5. NOW THEREFORE, the parties respectfully request that this Honorable Court issue the below-appearing order.

STIPULATION FOR ORDER and proposed ORDER
[\munassar (aa) v horizon-2\trialarb\stip order dismissal]     2

2. This above-captioned Court shall retain jurisdiction to entertain any and all motions by either party concerning enforcement of the terms in the above-referenced mediation agreement, providing such motions are filed on or before April 3, 2007.

DATED: 2-22-07

SO ORDERED;

*JAMES*
HONORABLE JAMES LARSON
United States District Court Judge-Magistrate